### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                               No. 4:07CR00138-03 JLH

LONETTA SMITH

### ORDER

Lonetta Smith has filed a motion for early termination of supervised release. The Court directs the government to file a response within fourteen days from the entry of this Order and state in the response the position of the probation office with respect to Smith's motion.

IT IS SO ORDERED this 10th day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE